FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 15 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

JUDY BONN-WITTINGHAM; MELVA JONES;
GERMITA FREMONT; MAISIE BECKFORD; LENA
BARTON; DULCIE JONES; UNICA GEORGE; GRETA
KEISER; ENID LEWIS; MARIE PAULA EUGENE;
GLORIA BENT; GRACE YARDE; LINDA
HENDERSON; VESTA DOUGLAS; EVELYN CIMA;
MERLE HOYTE; OCTAVIA CRICK; ALBERTINA
THOMAS; UNICEY DESHIELDS; SUZY DORCE;
IMMACULA AUGUSTE; MARY P. EUGENE;
ALBERTHA FENELON; PARBATI SINGH; GILLIAN
BOWEN; FARIL BEST; CORNELIOUS GREEN;
MARGARET YOUNGE; GLADYS ENRIQUEZ; OLIVE
DUTCHIN; MIGNAN BARRY; SHERAN JAMES;
DEBBIE ANN BROWN; PAULINE GRANT;
CATHERINE JESSAMY; BEVERLY CALDWELL;
IRMA ANDERSON; MARIE AFREH; SHIRLEY
EDWARDS; OMODELE JOHNSON; THEMA JAMES;
ADALSIE HOUSTON; ROSEANNE CRANDON;
CECILIA BEST; MARTHA GROVES; LAUNA JONES;
ANGELA ARMSTRONG; IONIE SENIOR; YOLANDE
JEAN-BART; MORINE WRIGHT; YVONNE LEWIS;
ANITA LUBIN; ELAINE CLARKE; MARIE
FLEURIMONT; MARGARET COTTERELL; MARIE
YANICK JOSEPH; ELLA POMPEY; MYRNA THOMAS;
MARIE-L GILLES; EUNICE STAFFORD; MARIE
MILORD; MARIE D. PIERRE; MERLE LOPEZ;
BEVERLINE GRANT; ELAINE TAYLOR; LINNETT
WILLIAMS; ROXANNE CAMBRIDGE; KATHLENE
MORGAN; SAWARIE RAMLOCHAN; ANNE MARIE
MORGAN; LEONIE HUSSETT; LINETTE CORNWALL;
FAY MCKENZIE; MARIE DORSAINVILLE; CARMEL
ANDERSON; YOLANDA GAYLE; PAULINE CLARKE;
ALVIRA HENRY; JOAN LEACOCK; LYNETTE
VYENT; MARIE MONPREMIER; SYLVIA HOYTE;
UNA SEALE; LUCY INEUS; LORENTE SIMEON;
PEARLINE DONALDSON-REID; BETTY ANNE
ALEXANDER; CARMEN POWNALL; JUDY TAYLOR;
LYNETTE A. WILLIAMS; FLORENCE CUVILLY;
JEANETTE BRICE; CAROLINE LONG; MARJORIE
JOHNSON; GERDA ANTOINE; DORETTA THOMAS;
WALTERINE LEVIUS; VELDA MAYERS; ELIZA
HAMILTON; YVONNE MACK; ISOLYN PALMER;

16-CV-541 (ARR)(JO)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

OPINION & ORDER

VANETTA GRANT; PATRICIA COSMAS; DONNA :
HEADLEY; CLAUDETTE GRIMES; SEORAJNI :
PERSAUD; NEELA WARDEN; EILEEN TUCKER; :
ANNETTE DAVIS; CARMEN PELZER; ANN SABAL; :
JACQUELINE ELLIS; JOAN MARAGH; SYLIVA :
PETERS; JUILETTE HAMILTON; MARIE LAGUERRE; :
TANISHA GOODEN; IMMACULA DORISMOND; :
ELSIE COLLINS; BEVERLY ROYAL MCPHERSON; :
AUDREY CROSDALE; MARIYA SUDNISHIKOVA; :
WALENTINA RUSZCZYK; HODA HASSANE; :
SANDRA MCINTOSH; YVELINE M. BEAUCHAMP; :
JULIETH MELBOURNE; ADELINE JERMAIN; :
GISLAINE JOCELYN; MIROSLAWA BARTOLD; :
MARINA KISINA; MARINA BESSARABOVA; :
MARTHE LATOUR; JEANINE ELIE; MARIE :
LONGUEFOSSE; LUDMILLA ARMONAVICA; ESTHER:
LOPEZ; JANINA WERYNSKA; CONSESORA LIRIANO;:
MARIANELA SORIANO; DIGNA GARCIA; PAULA :
GARCIA; MERCEDES GARCIA; LIDIYA :
BERDNKOVA; KRYSTYNA BUNKOWSKA; VITOLD :
STANKEVICH; ZOIA STANKEVITCH; ANATALIE :
JEAN; ROMANA JAVIER; ANA M. GOMEZ; CANDIDA :
PAREDES; MARIE GRAND-PIERRE; ALMA ARIZA; :
CRYSTAL EDWARDS; PRISCILLA JENKINS; TERESA :
RUDNICKI; BARBARA ROSLANIEC; JEMMA LEWIS; :
SOPHI BUNBURY; CARMEN TORIBIO; DANUTA :
MALMON; NELI KORINTELI; ASYA CHERNINA; :
JOSEFINA ARIAS; MARIE PLAISIR; EUGENEA :
GORBACHEVA; BARNO AKHTAMOVA; SVETLANA :
SHAPOSHNIK; LYUDMILLA ARTANOSHINA; :
CICELY DALY; and ANNA GARVEY, :
:
                      Plaintiffs, :
:
on behalf of themselves and all others similarly situated :
:
        -against- :
:
PROJECT O.H.R. (OFFICE FOR HOMECARE :
REFERRAL), INC. and D'VORAH KOHN, :
:
                     Defendants. :
-------------------------------------------------------------------- :
:
:
:
                                                            X

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated January 23, 2017 from the Honorable James Orenstein, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Therefore, claims of the following plaintiffs are dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b): Pearline Donaldson-Reid, Digna Garcia, Paula Garcia, Walterine Levius, Yvonne Mack, Isolyn Palmer, and Carmen Toribio. The Clerk of Court is respectfully requested to remove these plaintiffs from the caption.

SO ORDERED.

/s/(ARR)
Allyne R. Ross
United States District Judge

Dated: February 13, 2017
Brooklyn, New York