| | |
|---|---|
| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | JAMES ORENSTEIN | DATE: | 5/16/2017 |
| | U.S. MAGISTRATE JUDGE | TIME: | 9:30 a.m. |

*Judy Bonn-Wittingham, et al. v. Project O.H.R. (Office for Homecare Referral), Inc. et al.*
16-CV-0541 (ARR) (JO)

TYPE OF CONFERENCE:  Status

APPEARANCES:   Plaintiffs   David C. Wims, Alexander S. Gutierrez
               Defendants  Kevin J. O'Connor, Kunal U. Shah

SCHEDULING: There are no further conferences scheduled before me at this time.

SUMMARY: Discovery is closed, with the exception that the parties shall take the depositions of plaintiffs Marie Plaisir and Priscilla Jenkins on May 25, 2017 (but the parties are free to agree to any alternate date by May26, 2017). The parties are not now in a position to discuss settlement, but will confer and contact chambers to schedule a settlement conference if and when they agree that it would be useful to do so. Any party seeking to file a motion for full or partial summary judgment may submit a request by June 9, 2017, for a pre-motion conference. Upon the parties' submission of a joint pretrial order that fully complies with Judge Ross's individual practice requirements, due no later than July 7, 2017, I will certify that the case is ready for trial.

SO ORDERED

_____/s/_____
JAMES ORENSTEIN
U.S. Magistrate Judge