

# Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law

www.pecklaw.com

70 Grand Avenue
River Edge, NJ 07661
tel. 201.343.3434
fax 201.343.6306

New York, NY
Los Angeles, CA
Oakland, CA
Washington, D.C.
Miami, FL
Chicago, IL
River Edge, NJ
Austin, TX
Dallas, TX
Houston, TX
Devon, PA

**International Alliances**

Beijing
Bogota
Buenos Aires
Guatemala City
Lima
London
Managua
Mexico City
Montevideo
Panama City
San Jose
Santiago
Sao Paulo

*Kevin J. O'Connor, Esq.*
  *Partner*

**VIA ECF**

October 4, 2017

Hon. James Orenstein, U.S.M.J.
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:    Bonn-Wittingham v. Project O.H.R., et al.**
       **EDNY Civil Case No. 1:16-cv-00541-ARR-JO**
       **Our File No. 3710-356460**

Dear Judge Orenstein:

This firm is counsel to Defendants, Project O.H.R. (Office for Homecare Referral), Inc. ("OHR") and D'Vorah Kohn ("Kohn") (collectively "Defendants") in the above-referenced matter.

I am writing with the consent of Plaintiffs' counsel. As Your Honor knows, the claims of the plaintiffs who have remaining claims have been settled and the proposed settlement agreement has been submitted to the Court for approval.

We have attempted to resolve the claims of the dismissed plaintiffs, but will be unable to do so. Accordingly, the parties respectfully request that the Court approve the settlement of the remaining plaintiffs, cancel the upcoming settlement conference scheduled for October 13, 2017, and have final judgment entered in this matter.

We again thank Your Honor for his able assistance in helping the parties in their efforts to achieve a resolution of the claims in this matter.

Respectfully submitted,

*/s/ Kevin J. O'Connor*

KEVIN J. O'CONNOR
KJO:cc

cc:    David Wims, Esq. (by ECF)

